**OUTERBRIDGE v. PERDUE FARMS, INC.**

[361 N.C. 583 (2007)]

GENE OUTERBRIDGE, Employee v. PERDUE FARMS, INC., Employer, Self-Insured,
CRAWFORD & COMPANY, Servicing Agent

No. 78A07

(Filed 12 October 2007)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 181 N.C. App. 50, 638 S.E.2d 564 (2007), remanding an opinion and award filed on 9 September 2005 by the North Carolina Industrial Commission. Heard in the Supreme Court 12 September 2007.

*Curtis C. Coleman, III for plaintiff-appellee.*

*Ogletree, Deakins, Nash, Smoak & Stewart, P.C., by Brian M. Freedman, for defendant-appellants.*

PER CURIAM.

AFFIRMED.